**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00693-CV

## IN THE INTEREST OF M.T., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-06-08087**

## ORDER

Appellant's October 1, 2013 motion for leave to file appendices in support of appellant's opening brief out of time is **GRANTED**. The appendices received by the Court on September 21, 2013 are **ORDERED** filed as of that date.

/s/      ELIZABETH LANG-MIERS
            JUSTICE